UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONTE BELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS & REHABILITATION,<br>*et al.*,<br><br>　　　　　Defendants. | No. 1:21-cv-00121-NONE-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND<br>RECOMMENDATIONS RECOMMENDING<br>THAT THIS ACTION BE DISMISSED<br>WITHOUT PREJUDICE<br><br>(Doc. No. 10)<br><br>ORDER FOR CLERK OF COURT TO<br>ASSIGN DISTRICT JUDGE FOR PURPOSE<br>OF CLOSING THIS CASE AND TO CLOSE<br>THIS CASE |

　　Plaintiff Leonte Bill is a state inmate or former state inmate proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on plaintiff's complaint against defendant California Department of Corrections & Rehabilitation and various prison officials in connection with plaintiff's missing property. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　On March 12, 2021, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's complaint be dismissed without prejudice for failure to prosecute and failure to comply with a court order. (Doc. No. 10.) Those findings and recommendations were served on the plaintiff and contained notice that any objections thereto were to be filed

1

within fourteen (14) days after service.  (*Id.* at 2-3.)  No objections have been filed, and the deadline to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the magistrate judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on March 12, 2021, (Doc. No. 10), are adopted in full;
2. This action is DISMISSED, WITHOUT PREJUDICE, for failure to prosecute and failure to comply with a court order; and
3. The clerk of court is directed to assign a district judge for the purpose of closing this case and to close this case.

IT IS SO ORDERED.

Dated:   **April 9, 2021**                    /s/ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

2